UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                              :

AMANDA PIERRE, by her parent, Louise  :  07 CIV. 6270 (DLC)
Pierre,
                Plaintiff,          :     PRETRIAL
                                    :     <u>SCHEDULING ORDER</u>
      -v-                           :

DEPARTMENT OF EDUCATION and CITY OF NEW  :
YORK,
                                    :
               Respondents.     :
------------------------------------------X

```
 ┌─────────────────────────────┐
 │ USDC SDNY                   │
 │ DOCUMENT                    │
 │ ELECTRONICALLY FILED        │
 │ DOC #: _____          │
 │ DATE FILED: 12/11/07        │
 └─────────────────────────────┘
```

DENISE COTE, District Judge:

     As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on December 7, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

     The following motion will be served by the dates indicated below.

     Respondents' motion to dismiss

- Motion served by **February 8, 2008**
- Opposition served by **March 7, 2008**
- Reply served by **March 14, 2008**

     At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

     Dated:    New York, New York
                    December 10, 2007

                                      _____
                                         DENISE COTE
                            United States District Judge