UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

AMANDA PIERRE, by her parent Louise Pierre,

                              Plaintiff,

        -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION and CITY OF NEW YORK,

                            Defendants.

------------------------------------------------------------ x

**NOTICE OF MOTION
TO DISMISS**

07 Civ. 6270 (DLC)

       **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and the declaration of Toni Gantz, defendants New York City Department of Education and the City of New York, by their attorney Michael A. Cardozo, Corporation Counsel of the City of New York, will move this Court, before the Honorable Denise L. Cote at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an order pursuant to Rules 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure, granting defendants' motion and dismissing all claims against defendants in their entirety, and granting defendants such other and further relief as the Court may deem just and proper.

       **PLEASE TAKE FURTHER NOTICE** that answering papers, if any, must be filed and served on the undersigned by March 7, 2008, and that reply papers, if any, must be filed and served by March 14, 2008.

Dated:	New York, New York
	February 7, 2008

						MICHAEL A. CARDOZO
						Corporation Counsel of the City of New York
						Attorney for Defendants
						100 Church Street, Room 2-301
						New York, N.Y. 10007
						(212) 788-0908
						Fax: (212) 788-0940
						tgantz@law.nyc.gov

					By:	_____
						Toni Gantz (TG1198)
						Assistant Corporation Counsel

To:	Sanford S. Stevens, Esq.
	Sanford S. Stevens, P.C.
	Attorney for Plaintiff
	244 Madison Avenue #303
	New York, New York  10016