# SANFORD S. STEVENS, P.C.

Attorney at Law
244 Madison Avenue (#303)
New York, New York 10016
Phone/Fax (212) 228-7273
sanfordstevens@nysbar.com

<u>Professional Memberships</u>
American Bar Association
New York State Bar Association

<u>Professional Corporation</u>
Federal Id# 13-3687705

DEPARTMENT OF EDUCATION
IMPARTIAL HEARING OFFICE
Attention: **Melissa Machedo,**
**Case Manager**
131 Livingston Street
Brooklyn, New York 11201

October 7, 2006

**Re: Amanda Pierre**
**CSE Case # 22-27302**
**NYCID: #262-334-303**

Dear Ms. Machedo:

Our firm represents the parents of Amanda Pierre. She is a child with special needs and has been attending Winston Preparatory, a non-approved private school for the academic years '05-'06 and '06-'07. We are requesting reimbursement of tuition and other expenses related to her educational needs. Please schedule an Impartial Hearing(s) on these matters as soon as possible. If you have any questions please let me know.

Thank you for your assistance.

Very truly yours,

Sanford S. Stevens