# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06270-DLC

Pierre v. Department of Education et al  
Assigned to: Judge Denise L. Cote  
Cause: 28:1331 Fed. Question: Other

Date Filed: 07/09/2007  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Petitioner**

**Amanda Pierre**  
*by her parent, Louise Pierre*

represented by **Sanford S. Stevens**  
Sanford S. Stevens, P.C.  
244 Madison Avenue (#303)  
New York, NY 10016  
212 228 7273  
Fax: 212 228 7273  
Email: sanfordstevens@nysbar.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Department of Education**

**Respondent**

**City of New York**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/09/2007 | 1 | PETITION TO REVIEW ORDER OF STATE REVIEW OFFICER. (Filing Fee $ 350.00, Receipt Number 620098).Document filed by Amanda Pierre.(laq) (Entered: 07/10/2007) |
| 07/09/2007 |  | Magistrate Judge Michael H. Dolinger is so designated. (laq) (Entered: 07/10/2007) |
| 07/09/2007 |  | Case Designated ECF. (laq) (Entered: 07/10/2007) |
| 10/17/2007 | 2 | Notice of Initial Pretrial Conference set for 12/7/2007 at 04:30 PM in Courtroom 11B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote. (Signed by Judge Denise L. Cote on 10/17/2007) (jmi) Modified on 10/26/2007 (Miles, Janeen). (Entered: 10/18/2007) |
| 12/11/2007 | 3 | PRETRIAL SCHEDULING ORDER: Motions due by 2/8/2008. Responses due by |

| | | 3/7/2008 Replies due by 3/14/2008. (Signed by Judge Denise L. Cote on 12/10/2007) (jmi) (Entered: 12/11/2007) | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/07/2008 11:17:49 | | | |
| **PACER Login:** | ny0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-06270-DLC |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |