UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMANDA PIERRE, by her parent, Louise Pierre,

                Plaintiff,

-against-

DEPARTMENT OF EDUCATION and CITY OF
NEW YORK,

                Defendants.
------------------------------------------------------------X

07 CIVIL 6270 (DLC)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/08

    Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(5) and 12(b)(6), and the matter having come before the Honorable Denise Cote, United States District Judge, and the Court, on June 10, 2008, having rendered its Memorandum Opinion and Order granting defendants' February 7, 2008 motion to dismiss the petition and dismissing the case, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 10, 2008, defendants' February 7, 2008 motion to dismiss the petition is granted and the case is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
        June 11, 2008

                                              **J. MICHAEL McMAHON**
                                                    **Clerk of Court**
                          BY:
                                                    **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____